CA 08 316 S



PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District PROVIDENCE R.I. |
|---|---|
| Name (under which you were convicted): REYNALDO RODRIGUEZ | Docket or Case No.: |
| Place of Confinement: RHODE ISLAND DEPARTMENT OF CORRECTIONS. | Prisoner No.: 72117. |
| Petitioner (include the name under which you were convicted): REYNALDO RODRIGUEZ. | v. Respondent (authorized person having custody of petitioner): A.C.I.DIRECTOR,A.T.WALL. |
| The Attorney General of the State of PROVIDENCE RHODE ISLAND. | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: PROVIDENCE SUPERIOR COURT:#250 BENEFIT STREET. PROVIDENCE RHODE ISLAND 02903.

   (b) Criminal docket or case number (if you know): P2/98-4273-A

2. (a) Date of the judgment of conviction (if you know): JANUARY 28th,2000.

   (b) Date of sentencing: JULY 21st,2000.

3. Length of sentence: 25-YEARS-15,YEARS TO SERVE,10-YEARS SUSPENDED.

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: POSSESION OF HEROIN WITH THE INTENT TO DELIVER/CONSPIARACY TO DELIVER HEROIN-AND POSSESION OF DRUG PARAPHANAILIA.

6. (a) What was your plea? (Check one)

   (1) Not guilty ☒ (3) Nolo contendere (no contest) ☐

   (2) Guilty ☐ (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? (INNOCENT ON ALL CHARGES)

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☒ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?

Yes ☒ No ☐

9. If you did appeal, answer the following:

(a) Name of court: PROVIDENCE (SUPREME COURT) OF RHODE ISLAND.

(b) Docket or case number (if you know): NO SPECIFIC KNOWLEDGE.

(c) Result: SUPREME COURT UPHOLDS CONVICTION.

(d) Date of result (if you know): JUNE 4th 2002.

(e) Citation to the case (if you know): STATE V.RODRIGUEZ 798 A.2nd 435(R.I.2002)

(f) Grounds raised: INEFFECTIVE ASSISTANCE OF COUNSEL CONDUCTED BY ATTORNEY JHON N. CICILLINE JR.

(g) Did you seek further review by a higher state court? Yes ☐ No ☒

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒

If yes, answer the following:

(1) Docket or case number (if you know): N/A

(2) Result: ______________________________

(3) Date of result (if you know): ______________________________

(4) Citation to the case (if you know): ______________________________

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: PROVIDENCE SUPERIOR COURT,250 BENEFIT STREET.

(2) Docket or case number (if you know): PM/02-5928.

(3) Date of filing (if you know): OCTOBER 22nd,2002.

(4) Nature of the proceeding: POST CONVICTION RELIEF.

(5) Grounds raised: INEFFECTIVE ASSISTANCE OF COUNSEL,ATTORNEY JHON N.CICILLINE JR,FAILED TO CALL WITNESS,OR PRESENT THE WITNESSES PRIOR TESTIMONY OF TRANSCRIPTS UNDER RULE-15-AND 804 AT TRIAL DESPITE WITNESSES UNAVAILABILLITY.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☒ No ☐

(7) Result: DENIED BY TRIAL JUDGE(SAVAGE).

(8) Date of result (if you know): OCTOBER 17th,2005.

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): ______________________________

(3) Date of filing (if you know): ______________________________

(4) Nature of the proceeding: ______________________________

(5) Grounds raised: ______________________________

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☒

(7) Result: ______

(8) Date of result (if you know): ______

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☒

(7) Result: ______

(8) Date of result (if you know): ______

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☒ No ☐

(2) Second petition: Yes ☐ No ☒

(3) Third petition: Yes ☐ No ☒

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

______

(PLEASE SEE REVERSE SIDE)



12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL JHON CICILLINE JR.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): (SEE REVERSE SIDE)

(b) If you did not exhaust your state remedies on Ground One, explain why: GROUNDS EXHAUSTED.

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: GROUNDS CAN NOT BE RAISED UNTIL A POST CONVICTION RELIEF.

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: POST CONVICTION APPLICATION.

Name and location of the court where the motion or petition was filed: PROVIDENCE SUPERIOR COURT BEFOR JUDGE JUDITH SAVAGE AT 250 BENEFIT STRRET IN THE STATE OF RHODE ISLAND.

(PLEASE SEE REVERSE SIDE)

GROUND(ONE)INEFFECTIVE ASSISTANCE OF ATTORNEY.

SUPORTING FACTS: DESPITE ATTORNEY JHON CICILLINE JR NOT CALLING WITNESS EMILIANO PAGAN TO TESTIFY AND INTRODUCE HIS PRIOR AFIDAVIT AT MY TRIAL,CICILLINE CONTINUED TO PROMMISS ME THAT I WOULD BE AQUITED OF THE CHARGES AGAINST ME.HE HAS TESTIFIED IN SOME EXTENDED MEASURES IN REGARDS OF THIS STATEMENT I MADE AT THE TIME OF MY POST CONVICTION RELIEF. CICILLINE ALSO ADMITED THAT HIS DEFENCE OF POINTING HIS FINGER AT THE TARGET OF THE INVESTIGATION LEO CRONIN WAS NOT GOING TO DEPRIVE ME OF BEING IN JOINT CONSTRUCTIVE POSSESION AS WELL. LEO CRONIN WAS THE SOLE SUSPECT IN THE WARRANT THAT WAS FABRICATED BY DETECTIVE JOSEPH LENNON OF THE PROVIDENCE POLICE DEPARTMENT. THIS INFORMATION WAS PERSONALLY PROVIDED TO ME AND CICILLINE BEFOR TRIAL BY DETECTIVE(DAVID LUCIA AND EX-POLICE OFFICER BRAD VIOLET. DESPITE THIS IMPORTANT INFORMATION,CICILLINE CROSS EXAMAND DETECTIVE LENNON ABOUT AN INFORMANT THAT WE KNEW DID NOT EXIST. WITH OUT MY FINGER PRINTS ON THESE ITEMS THAT WERE LIGHTLY COVERD WITH HEROIN RESIDUE,(BLIND TO THE NAKED EYE)I WOULD OF NEVER BEEN CHARGED WITH THIS CRIME THAT WAS INDEED FABRICATED BY DETECTIVE LENNON WITH RECLESS DISREGARDS FOR THE TRUTH.

INVESTIGATOR FROM THE PUBLIC-DEFENDERS OFFICE,(JAMES ABBOT)HAD CONDUCTED A FEW INTERVIEWS WITH COSTODIANS FROM THE RODGERS REC-CENTER IN PROVIDENCE WHERE THE WARRANT WAS EXECUTED AND HAD SPOKE, TO A(GEORGE HOUSEPIAN,"COSTODIAN" WHO HAD COMPLEAT KNOWLEDGE OF THE BOX OF PARAPHANAILIA THAT WAS HIDDEN BY EMILIANO PAGAN IN THE CEILING.MR. HOSEPIAN HAD TOLD THE INVESTIGATOR ABBOT THAT HE HAD FOUND THE BOX IN THE CEILING WITH OTHER CO-WORKERS AND LATTER HE GEORGE HOUSEPIAN" HAD REPORTED THE FINDINGS OF THE BOX TO A FRIND FROM THE PROVIDENCE POLICE DEPARTMENT,OFFICER (SIMMON SARKIASIAN) IN WHICH MR.GEOGE HOUSEPIAN WAS LATTER CONFRONTED BY AN UNKNOWN AT THIS TIME:DETECTIVE WHO QUESTIONED HIM ABOUT THE BOX THAT WAS FOUND BY THE COSTODIANS AT THE RODGERS RECREATION CENTER.

THESE ARE ISSUES THAT I ALWAYS WANTED TO BRING TO THE ATTENTION TO THE TRIAL JUDGE JUDITH SAVAGE BUT WAS NEVER GIVING THE OPPER-TUNITY.MS. SAVAGE WAS ONLY TOLD ABOUT THIS ISSUE BY MAIL FROM ME AND HAS KNOWLEDGE OF MY TRUE CLAIMS BUT NOTHING WAS EVER DONE ABOUT IT.

AT MY POST CONVICTION HEARING,IT WAS ESTABLISHED THAT JHON CICI-LLINE JR'S,THEORY AT TRIAL WAS TO BLAIM THE TARGET OF THE INVST-IGATION(LEO BUDDY CRONIN,THE DIRECTOR OF THE RECREATION CENTER WHERE THE BOX WAS FOUND AND RECOVERD BY DETECTIVE JOSEPH LENNON. THE POLICE INVESTIGATION WAS SOLELY UPON LEO CRONIN. QUESTIONING ATTORNEY CICILLINE AT THE POST CONVICTION HEARING BY MY DEFENCE ATTORNEY JAMES McCORMICK ESTABLISHED BY DIRECT EXAMINATION OF CICILLINE THAT HIS EFFORTS TO BLAIM LEO CRONIN DID NOT CONSIDER THE THEORY OF JOINT POSSESION,WHICH THE LAW CLEARLY ALLOWS FOR.

"Q.BY ATTORNEY JAMES Mccormick to cicilline was as followed.

(PLEASE CONTINUE ON NEXT PAGE)

Q" NOW, YOU ARE AWARE,ARE YOU NOT,THAT POSSESSION CAN BE JOINT,AS WELL AS SINGULAR?IN OTHER WORDS,ONE PERSON CAN POSSESS AN OBJECT ALONG WITH ANOTHER PERSON?

A.YES.

Q"NOW,DO YOU REMEMBER ARGUING TO THE JURY THAT THE THEORY OF THE CASE THAT YOU JUST STATED HERE THAT THE PARAPHANAILIA WAS POSSESSED SOLELY BY LEO CRONIN,THE DIRECTOR(CORRECT)?

A.THAT WAS MY THEORY,CORRECT,YOU KNOW,I DONT-IDONT HAVE A SPECIFIC MEMORY OF ARGUING THAT.IM SURE I WOULD OF ARGUED THAT.

Q" BUT IF YOU DID ARGUE THAT,THAT WAS CONSISTANT WITH YOUR THEORY CORRECT?

A.RIGHT ABSOLUTELY.

Q"NOW,THE EVIDENCE AGAINST MR. RODRIGUEZ CONSISTED OF FINGERPRINTS ON CERTAIN OF THESE ITEMS WITHIN THE PARAPHANAILIA BOX,IS THAT CORRECT?

A.YES.

Q"AND THE PROSECUTOR ARGUED THAT BECAUSE HIS PRINTS WERE ON IT THAT ESTABLISHED THAT HE HAD POSSESSION OF THOSE ITEMS IS THAT CORRECT?

A.YES.

Q" NOW,YOUR ASESSMENT OF THE CASE AT THAT TIME,DID YOU TAKE INTO ACCOUNT THE LEGAL PRINCIPLE THAT POSSESSION COULD BE JOINT AS WELL AS SOLE?IN OTHER WORDS,DID YOU TAKE INTO ACCOUNT THE FACT THAT THE LAW WOULD PERMIT FOR MR. RODRIGUEZ TO BE FOUND IN POSSESSION OF THOSE ITEMS EVEN IF LEO CRONIN WAS ALSO IN POSSESSION OF THEM?

A. I MEAN,I THINK MY THEORY WAS THAT IT WAS CRONINS STUFF...I AM NOT SURE I WAS EVEN THINKING ABOUT YOU KNOW,JOINT POSSESSION.T-7,8.

TYING LEO CRONIN TO THE BOX OF PARAPHANAILIA WOULD NOT ABSOLVE ME REYNALDO RODRIGUEZ,AS THE JURY WOULD OF HAD REASON TO CONCLUDE THAT BOTH ME AND CRONIN,MAY HAVE SHARED JOINT POSSESSION OF THE DRUG BOX.

FOUR FINGERPRINTS ON THE DRUG BOX BELONGED TO ME MR. RODRIGUEZ. POST CONVICTION ATTORNEY,JAMES McCORMICK FUTHER EXAMINED CICILLINE ON HIS EFFORTS TO REBUT THE INFERENCES THAT I MR.RODRIGUEZ,ACTUALLY POSSESSED THE ITEMS.

Q" BUT THE FINGERPRINTS POINT(LOGICALLY TO POSSESSION BY MR.RODRIGUEZ AS WELL,CORRECT?

A.YES.

Q"NOW,WHAT WAS YOUR PLAN,IF ANY TO REBUT THAT INFERANCE,ORTHAT CONCLUSION,NAMELY TO REBUT THE IDEA THAT BECAUSE MR.RODRIGUEZ PRINTS WERE ON THESE ITEMS THAT HE POSSESSED THEM? DID YOU HAVE ANY PLANS TO ADDRESS THAT?
(A.)-NO,I MEAN I THINK MY THEORY WAS THAT THE EVIDENCE WAS SO STRONG AGAINST CRONIN-T-8,9.

(PLEASE CONTINUE TO NEXT PAGE)

DIRECT EXAMINATION OF CICILLINE ESTABLISHED THAT HE OFFERD NO EVIDENCE TO EXPLAIN HOW MY PRINTS WERE PLACED ON THE DRUG PARAPHANAILIA,AND NOT WITHSTANDING THAT CICILLINE HAD,HAD "NUMEROUS CONVERSATIONS" WITH ME ABOUT THEFABRICATION OF THE WARRANT FOR LEO CRONIN BY DETECTIVE JOSEPH LENNON,AND ABOUT THE FACT THAT I SAW THE BOX AND SORT OF TOUCHED THINGS IN IT.

I HAVE ALWAS AND TRUTHFULLY SAID THAT MY FINGERPRINTS CAME TO GET ON THE DRUG PARAPHANAILIA AS A RESULT OF EMILIANO PAGAN BRINGING THE BOX INTO MY CAR WHEN I DISCOVERD WHAT HE HAD AND REJECTED HIS RIDE TO HIS MOTHERS HOUSE AND SPECIFICALLY EXPLAINED TO PAGAN THAT I WAS ON THE TERMS OF PROBATION.

I HAD INNOCENTLY HANDLED THE ITEMS FOR A BRIEF FEW MOMENTS,BEFOR MY DEMAND TO MR.PAGAN TO REMOVE THE BOX FROM MY CAR.
MR.PAGANS TESTIMONY OR SWORN AFFIDAVIT AS WELL AS HIS PRIOR TESTIMONY AT A HEARING BEFOR THE LATE JUDGE"DIMITRI"WHICH CICILLINE HISELF HAD REPRESENTED ME AT A HEARING IN REGARDS OF HOW AND UNDER WHAT CICOMTSANCES MY FINGERPRINTS CAME TO GET ON THE ITEMS.

DESPITE CICILLINE DRIVING MY MOTHER AND BROTHER,AS WELL AS MR.PAGAN TO A COURT IN NEWPORT WHERE JUDGE "DIMITRI WAS SITTING,MR.CICILLINE AT MY POSTCONVICTION HEARING BEFOR JUDGE(SAVAGE) CLAIMED TO HAVE NO RECOLLECTION OF THE EXISTANCE OF THE TRANSCRIPTS OF THAT HEARING,TO PRSENT AT THE TIME OF MY TRIAL.

DURNING THE POST CONVICTION HEARING BEFOR JUDGE SAVAGE,ATTORNEY MR. McCORMICK,ASKED MR.CICILLINE JR.

"....IT IS YOUR TESTIMONY THAT IT JUST DID NOT OCCUR(TO YOU) THATYOU MIGHT BE ABLE TO INTRODUCE THE TRANSCRIPTS OF PAGANS TESTIMONY AT MR. RODRIGUEZ'S TRIAL?

A. FROM CICILLINE JR:(THAT IS A FAIR STATMENT)...SEE-T 12.

JUDGE JUDITH SAVAGE,IN HER DETAILED RESCRIPT AND DENIAL OF MY MOTION NOTED,(MR. RODRIGUEZ'S FAILURE TO CALL PAGAN AS A WITNESS AT THE POST-CONVICTION HEARING DEPRIVEDTHE COURT OF ANY OPPORTUNITY TO DETERMINE WHETHER HIS TESTIMONY AT HIS TRIAL WOULD HAVE HELPED THE DEFENCE.

MY POST CONVICTION ATTORNEY MR.McCORMICK HAD SHOWNED AND PROVED TO THE COURT THAT HE HAD MADE NUMUROUS ATTEMPTS TO SERVE MR.PAGAN AND DID WITH GREAT EFFORT SUCCEED IN HAVING SERVED PAGAN ON (TWO) OCCASIONS BUT MR. PAGAN HAD FAILED TO APPEAR FOR THE HEARING.MR.PAGANS AFFIDAVIT AND TRANSCRIPTS OF HIS PRIOR TESTIMONY WAS ENTERD IN AS (FULL EXHIBITS BASED ON THE FACTS THAT PAGAN WAS UNAVAILIABLE FOR THE POST CONVICTION HEARING.(AT THE CONCLUSION THAT PAGAN WAS UNAVAILABLE,THE JUDGE THEN ALLOWED FOR THE AFFIDAVIT AND THE TRANSCRIPTS TO BE ALLOWED.
THIS WAS GRANTED BY JUDGE SAVAGE,OVER THE PROSECUTOR MR.MATHEW DAWSONS OBJECTION.

(CONTINUE TO PAGE #(4))

JUDGE SAVAGES DENIAL INCLUDED HER STATEMENT AS RE-PEATED BY THE (SUPREME) COURT JUDGES THAT SHE NOTED THAT I MR. RODRIGUEZ HAD NEITHER ASKED PAGAN TO TESTIFY VOLUNTARILY NOR ATTEMPTED TO SUBPOENA PAGAN AND SAID IT WOULD BE RANK SPECULATION TO CONCLUDE THAT MR.PAGAN WAS (UNAVAILABLE) TO TESTIFY AT TRIAL.

SUCH STATEMENTS BY BOTH JUDGE SAVAGE AND THE SUPREME COURT IS UNDEFINABLE GIVING THE FACT THAT IF THE POLICE COULD NOT FIND PAGAN DURNING THE TIME OF TRIAL,NIETHER WOULD I(MR.RODRIGUEZ.INFACT TO BE MORE SPECIFIC THE LAST TIME I EVEN SAW MR.PAGAN WAS SHORTLY BEFOR HE WAS WANTEDON THE SUSPECTED ROBBERY CHARGE.

MORE OVER TO SHARE LIGHT ON THIS STATEMENT MADE BY THE TRIAL JUDGE JUDITH SAVAGE,SHE HERSELF DURNING THE JURY INSTRUCTIONS SHE WITH GREAT INTERPRETATION SAID THE FOLLOWING.

(PAGE #30 AND 31)OF THE TRANSCRIPTS OF HER JURY EXPLAINATION.)

AFTER YOU HAVE CONSIDERD ALL THE EVIDENCE,YOU MAY CHOSE TO ACCEPT OR REJECT ALL OR PART OF IT.
NOW IN THE PROCESS,YOU WILL DOUBTLESS HAVE TO MAKE CERTAIN JUDGEMENTS AND ASSESSMENTS AS TO THE CREDIBILITY OF WITNESSES,AS WELL AS TO THE WEIGHT THAT YOU WILL GIVE TO THE TESTIMONY OF EACH WITNESS AND AS TO THE INFERENCES THAT YOU BELIEVE CAN BE PROPERLY BE DRAWN FROM THE TESTIMONY OF ONE OR MORE OF THE WITNESSES OR FROM OTHER EVIDENCE IN THE CASE. NOW,I WISH I COULD SIMPLY HAND TO YOU ALL SOME KIND OF(MAGICAL-FORMULA) BY WHICH YOU COULD EVALUATE THE TESTIMONY AND THE EVIDENCE,BUT NO SUCH FORMULA EXISTS.
THE JURY SYSTEM WORKS LARGELY BECAUSE ALL OF YOU,INDIVIDUALLY AND COLLECTIVELY,(BRING INTO THIS COURTROOM ALL OF THE EXPERIENCES AND BACKROUND OF YOUR OWN LIVES AND THE MANAGEMENT OF YOUR EVERYDAY AFFAIRS.

---

FOR JUDGE SAVAGE TO GIVE THIS TYPE OF INSTRUCTION TO A JURY THEN TURN AROUND AND SELF NEGLECT THE FACTS OF COMMOND SENSE AS A MASTER IN A COURT OF LAW TO MAKE HER DETERMINATIONS ON EVENTS IS HIGHLY EXTREAMY STIGMATIZED BY BOTH HER AND THE SUPREME COURT GIVING THE TRUE AND CONSPICUOS CIRCOMSTANCES IN REGARDS OF MR.PAGAN NOT BEING ABLE TO BE IN COURT AT THE TIME OF MY TRIAL.
AND THE FACT THAT CICILLINE ADMITED THAT POINTING THE BLAIM TO LEO-CRONIN WAS NOT IN NOWAY GOING TO NEGATE ME AS IN POSSESSION OF THE ITEMS AS WELL.THE JURY THERE FOR HAD NO CHOICE BUT TO CONVICT ME GIVING THESE CIRCOMSTANCES AND THAT WAS WHAT JHON CICILLINE JR HAD IN HIS ORCHESTRATIONS WITH THE PROSECUTOR MATHEW DAWSON AND THE DETECTIVE JOSEPH LENNON WHO CICILLINE ALLOWED CLEARLY TO LIE ABOUT AN INFORMANT TO SUPPORT HIS FALSIFIED WARRANT THAT WE KNEW NEVER EVER EXISTED.

TALKING ABOUT EVERY DAYS LIFE EXPERIANCES AS THE TRIAL JUDGE HAD EXPLAINED TO THE JURY,DISCOVERING THE TRUTH OF THESE EVENTS AND TO CARRY THEM TO ITS ULTAMATE REALIZATION,AND ANYONE CAN SEE THAT THIS NOW,NOTORIOUSLY VILLAINOUS ATTORNEY CICILLINE JR,WAS IN KAHOOTS WITH HIS CRONYISM FRIENDS TO SEAL MY CONVITION.
HIS ELLABORATE PLANNINGS WAS TO SERVE ONE PURPOSE AND THAT WAS TO MAKE SURE THAT HIS STRTEGIC ORCHESTRATIONS WAS TO HAVE ME CONVICTED. (HIS RECENT PLEA IN A FEDERAL COURT IN BOSTON IS EVIDENT TO HIS TRUE DEGENERATECIES AND DISREGARDS FOR THE OATH HE TAKES UNDER "GOD" TO SERVE THE PEOPLE HE REPRESENTS IN A COURT OF INTEGRITY AND LAW.

CONTINUE TO PAGE # (5)

I TRIED TO FILE OTHER MOTIONS TO GET THE EVIDENCE OF THE COSTODIANS WHO FOUND THE BOX AND PROVE THAT DETECTIVE LENNON HAD FABRICATED THE WARRANT AGAINST LEO CRONIN WITH RECLESS DISREGARDS FOR THE TRUTH BUT HAS FALLEN ON DEAF EARS.WHERE DOES THE JUSTICE SYSTEM STAND IN THE STATE COURTS OF RHODE ISLAND?

I SINCERLY FILE THIS MEMORANDUM TO THE BEST OF MY ABILITY IN HOPES THAT THE UNITED STATES COURTS HAND ME AND MY FAMILY THE JUSTICE WE BEEN DEPRIVED OF BY A GROUP OF VILLAINOUS PEOPLE WHO WHEEL AND DEAL THE JUDICIAL SYSTEM AS NOTHING BUT THEIR OWN ASCENDANCIES AND FINANCIAL INCOME AT OTHER PEOPLES ADVERSITIES.

SINCERLY AND TRUTHFULLY SO HOPE ME "GOD"

(REYNALDO RODRIGUEZ)
D.O.B.9/23/68.

PLEASE PROVIDE ME WITH THE APPROPREATE ATTORNEY TO ASSIST ME IN THIS MATTER IN A PROFFESIONAL PERCIST WAY.I DONT HAVE THE KNOWLEDGE OF PROFFESIONALISM TO PROCEED OR GET THE PROPER ADVISE ON BEHALH OF THE COURTS PROCEEDURES.
ALL I KNOW WITH TRUE FACTS AS GOD AS MY WITNESS IS THAT THE INFULTRATION AND MISCONDUCT BY THE ATTORNEYS CICILLINE JR,AND PROSECUTOR MATHEW DAWSON,AS WELL AS DETECTIVE LENNON IS THE TRUE CIRCOMSTANCES THAT LEAD ME TO PRISON GATES.

THIS IS MY SECOND SENTANCE FOR THE SAME CHARGE THAT NEVER EVEN EXISTED.(PAYING MORE THAN ONCE FOR A MISTAKE IS TRUE INJUSTICE.

Docket or case number (if you know): PM/02-5928.

Date of the court's decision: OCTOBER 17th, 2005.

Result (attach a copy of the court's opinion or order, if available): (DENIED)

(3) Did you receive a hearing on your motion or petition?

Yes ☒ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☒ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: PROVIDENCE"SUPREME"COURT 250 BENEFIT STREET PROVIDENCE RHODE ISLAND.

Docket or case number (if you know): NO/SPECIFIC KNOWLEDGE.

Date of the court's decision: FEBRUARY 4th 2008.

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: N/A

GROUND TWO: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______________________________________________

______________________________________________

______________________________________________

(b) If you did not exhaust your state remedies on Ground Two, explain why: ______________

______________________________________________

______________________________________________

______________________________________________

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: ______________

______________________________________________

______________________________________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______________

Name and location of the court where the motion or petition was filed: ______________

______________________________________________

Docket or case number (if you know): ______________

Date of the court's decision: ______________

Result (attach a copy of the court's opinion or order, if available): ______________

______________________________________________

______________________________________________

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________

______________________________________________

Docket or case number (if you know): N/A

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: N/A

GROUND THREE: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ______

(b) If you did not exhaust your state remedies on Ground Three, explain why: ______

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☐ No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ____________________

Name and location of the court where the motion or petition was filed: ____________________

____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________

____________________

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________________

____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________

____________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

____________________

____________________

____________________

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

____________________

____________________

GROUND FOUR: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ❑ No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?

Yes ❑ No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ❑ No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☐ No ☒

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N/A

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: JHON CICILLINE JR.
387 ATWELLS AVE PROVIDENCE R.I. 02909.

(b) At arraignment and plea: JHON CICILLINE JR.
387 ATWELLS AVE PROVIDENCE R.I. 02909.

(c) At trial: JHON CICILLINE JR.
387 ATWELLS AVE PROVIDENCE R.I. 02909.

(d) At sentencing: MR. GLEN SPARR ADRESS UNKNOWN.

(e) On appeal: DIRECT APPEAL-MS PAULA ROSIN PUBLIC DEFENDERS OFFICE.

(f) In any post-conviction proceeding: MR JAMES T. McCORMICK.
128 DORRANCE STREET,PROVIDENCE R.I. 02903.

(g) On appeal from any ruling against you in a post-conviction proceeding: SUSAN IANNITELLI.
# 3,AUSTIN AVE(P.O.BOX#284
GREENVILLE,R.I. 02828.

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☒

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* DUE TO THE AVENUE PROVIDED BY THE RHODE ISLAND STATES JUDICIAL SYSTEM IN CRIMINAL CONVICTIONS,NOT ALL ISSUES FROM A CRIMINAL COMPLAINT ARE ALLOWED APON A DIRECT APPEAL. THUS THE CRIMINAL DEFENDANT MUST PROCEED TO A POST CONVICTION APPLICATION ONLY AFTER THE DIRECT DECISION APPEAL HAS BEEN RENDERED TO ADJUDICATE ALL SUBSEQUENT ISSUES NOT CONSIDERD CONSTITUTIONAL UNDER RHODE ISLAND LAW SUCH AS INEFFECTIVE ASSISTANCE OF COUNSEL. PETITIONER IS NOW TIMELY FILEING THIS PETITION AS FINAL DECISION WAS RENDERD ON FEBRUARY 4th,2008.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: (REVERSE THE CONVICTION AND TO BE REMANDED BACK TO TRIAL IN THE RHODE ISLAND SUPERIOR COURT IN PROVIDENCE.

or any other relief to which petitioner may be entitled.

Pro Se.
Reynaldo Rodriguez
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 8-1-2008. (month, date, year).

Executed (signed) on 8-1-2008. (date).

Reynaldo Rodriguez.
Signature of Petitioner

---

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. ______________________________

______________________________

______________________________

IN FORMA PAUPERIS DECLARATION

FEDERAL DISTRICT COURT OF RHODE ISLAND.

[Insert appropriate court]

* * * * *

WITH THIS FORM I SEND A CHECK FOR THE AMOUNT OF -5-(FIVE DOLLARS) AS REQUIRED BY THE FEDERAL COURT.

PLEASE BE ADVISED THAT I HAVE FILED THIS FORM ON MY OWN AND IN HOPES OF BEING VINDICATED BY A COURT OF JUSTICE ON BEHALF OF A GROUP OF VILLAINOUS ATTORNEYS,AND POLICE DETECTIVE WHO TOGETHER,ORCHESTRATED MY CONVICTION FOR THEIR OWN BENEFICIAL REASONS IN A VERY STIGMATIZED CONDUCT TOWARDS THE JUDICIAL SYSTEM WITH COMPLEATE DISREGARDS FOR THE (OATH) THEY TOOK TO SERVE UNDER,"GOD".

(SINCERLY:REYNALDO RODRIGUEZ)