UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Reynaldo Rodriguez,
      Plaintiff

v.                                                C.A. No. 08-316S

A.T. Wall, *Director of
Department of Corrections,*
      Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on December 5, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion to Dismiss is GRANTED. Plaintiff's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 12/23/08